**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SCHOOP,<br><br>      Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF INTERNAL REVENUE and UNITED STATES OF AMERICA,<br><br>      Defendants.<br>_____/ | No. C 13-02230 SI<br>Related Case Nos. 13-02232, 13-02233<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

      Plaintiff Schoop filed this and related actions against defendants to quash summonses. On July 12, 2013, defendant filed a motion to dismiss and compel compliance with the summonses. The hearing was set for August 30, 2013, and plaintiff's opposition was due on July 26, 2013. Plaintiff did not file an opposition, nor did plaintiff request an extension of time.

      **Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than August 30, 2013, why this case should not be dismissed for failure to prosecute**. *See* Fed. R. Civ. Proc. 41(b). If plaintiff does not respond, this action will be dismissed without prejudice. The August 30, 2013 hearing date is VACATED.

      **IT IS SO ORDERED.**

Dated: August 12, 2013

                                                  SUSAN ILLSTON
                                                  United States District Judge