**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SCHOOP, | No. C 13-2230 SI |
| Plaintiff, | **ORDER RESCHEDULING DEFENDANTS' MOTION TO DISMISS TO OCTOBER 11, 2013 AT 9:00 AM** |
| v. | |
| COMMISSIONER OF INTERNAL REVENUE and UNITED STATES OF AMERICA, | |
| Defendants. | |

On August 12, 2013, this Court ordered plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff filed a responsive declaration on August 30, 2013. Accordingly, this case shall not be dismissed at this time.

Defendants' motion to dismiss shall be heard on **October 11, 2013 at 9:00 am.** Plaintiff's opposition briefing must be filed by **September 20, 2013.** Defendants' reply, if any, is due on **September 27, 2013**.

**IT IS SO ORDERED.**

Dated: September 10, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE