1 | ROBERT L. GOLDSTEIN (SBN 184226)
2 | FRAMTA SAECHAO (SBN 267535)
Law Offices of Robert L. Goldstein
100 Bush Street, Suite 501
3 | San Francisco, CA 94104
Telephone: (415) 391-8710 ext. 107
4 | Fax: (415) 391-8701

5 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHERINE SCHOOP, | ) No. C 13-02230 SI |
| | ) Related Case Nos. 13-02232. 13-02233 |
| Plaintiff, | ) |
| vs. | ) [PROPOSED] STIPULATION AND |
| | ) ORDER TO CONTINUE THE CASE |
| COMMISSIONER OF INTERNAL REVENUE and UNITED STATES OF AMERICA, | ) MANAGEMENT CONFERENCE |
| Defendants. | ) |

Plaintiff CATHERINE SCHOOP and Defendant COMMISSIONER OF INTERNAL REVENUE and UNITED STATES OF AMERICA, by and through their undersigned counsel of record, stipulate as follows:

IT IS HEREBY STIPULDATED that Plaintiff and Defendant agree to continue the Case Management Conference currently scheduled for Friday, September 27, 2013, in lieu of the hearing on Defendant's Motion to Dismiss Plaintiff's Petition to Quash Summonses and Motion to Compel Compliance with Summonses, set for October 11, 2013. A further Case Management

///
///
///
///

1
[PROPOSED] STIPULATION AND ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Conference, if necessary, will be rescheduled in accordance with the Court's calendar in the
2  future.
3
4  Dated: September 20, 2013           LAW OFFICES OF ROBERT L. GOLDSTEIN
5
                                       /s/Framta Saechao
6                                      Framta Saechao
                                       Attorneys for Plaintiff
7
8
9
10 Dated: September 20, 2013           UNITED STATES ATTORNEY
11
12                                     /s/Cynthia Stier
                                       Cynthia Stier
13                                     Attorneys for Plaintiff
14
15     **IT IS SO ORDERED**
16
17
         9/24/13
18 Dated: _____              _____
                                      United States District Judge
19

2

[PROPOSED] STIPULATION AND ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE